# IN THE SUPREME COURT OF THE STATE OF NEVADA

QUIWANECA NICOLE SPIKES,
Appellant,

vs.

TRAVEL LODGE LAS VEGAS,
Respondent.

No. 75513

FILED

AUG 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion for summary judgment. Eighth Judicial District Court, Clark County; James Crockett, Judge.

On April 5, 2018, the clerk of this court issued a notice directing appellant to file, by August 3, 2018, either a brief that complies with NRAP 28(a) and NRAP 32 or an informal brief for pro se parties. To date, appellant has failed to file a brief. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc: Hon. James Crockett, District Judge
Quiwaneca Nicole Spikes
Hawkins Melendrez, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-34055